UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

KAREN TURNMIRE and ERIN TURNMIRE, on behalf of themselves and all other similarly situated individuals,

      Plaintiffs,

v.

CustomCARE, LLC,

      Defendant.

Civil No. 21- 2738 (JRT/TNL)

**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Michele R Fisher, **NICHOLS KASTER PLLP,** 80 South 8th Street, 4700 IDS Center, Minneapolis, MN 55402, for plaintiffs.

Joseph M Sokolowski, **FREDRIKSON & BYRON, PA,** 200 South 6th Street, Suite 4000, Minneapolis, MN 55402-1425, for defendant.

Pursuant to the parties' Stipulation for Dismissal (ECF No. 16) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. The claims of Plaintiffs Karen Turnmire and Erin Turnmire are **DISMISSED WITH PREJUDICE**.

2. The claims of putative plaintiffs are **DISMISSED WITHOUT PREJUDICE**.

3. The parties shall bear their own fees and costs except as otherwise agreed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 2, 2022                      s/John R. Tunheim
At Minneapolis, Minnesota       JOHN R. TUNHEIM
                                                   Chief Judge
                                                   United States District Court