## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Karen Turnmire; Erin Turnmire, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 21-cv-2738 JRT/TNL |
| CustomCARE, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The claims of Plaintiffs Karen Turnmire and Erin Turnmire are **DISMISSED WITH PREJUDICE**.

2. The claims of putative plaintiffs are **DISMISSED WITHOUT PREJUDICE**.

3. The parties shall bear their own fees and costs except as otherwise agreed.

Date: 5/3/2022					KATE M. FOGARTY, CLERK